# Third District Court of Appeal

## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2102
Lower Tribunal No. 17-22761-CA-01
_____


**RHR Global, LLC,**
Appellant,

vs.

**Alfred I. Rolle, III, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Christian Carrazana, P.A., and Christian Carrazana, for appellant.

No appearance, for appellees.


Before GORDO, LOBREE and BOKOR, JJ.

BOKOR, J.

RHR Global, LLC, the plaintiff below, appeals an order dismissing the action for lack of prosecution.[1] See Fla. R. Civ. P. 1.420(e). RHR identifies record activity within the 60 days immediately following service of the court's notice of intent to dismiss for failure to prosecute. See id. (providing for dismissal where there is no record activity for 10 months immediately preceding the service of notice and no record activity in the 60 days immediately following service). Because the record reflects activity within the 60-day period immediately following the service of the notice, the court erred in entering the order of dismissal. See Waldeck v. MacDougall, 300 So. 3d 1218, 1219–20 (Fla. 4th DCA 2020).

Reversed.

---

[1] No appearance was entered for the appellees and no answer brief was filed.